**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
170 HAMILTON AVENUE
SUITE 300
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (212) 962-1778

February 2, 2026

Honorable Vincent L. Briccetti
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

Re:    *USA v. Hossam Awadallah*, 25 Cr. 262 (VB)
       Letter Motion for *Faretta* Hearing

Dear Judge Briccetti:

I am appointed pursuant to CJA, to represent the defendant who has advised me that he is dissatisfied with my legal representation, has no confidence in my advice, does not wish that I continue as his counsel, and requests to proceed *pro se* with new standby counsel. Accordingly, I write to the Court to request that a *Faretta* Hearing be scheduled at the Court's earliest convenience and, due to the irreconcilable breakdown in the attorney-client relationship, I request appointment of new standby counsel should the Court grant the defendant's request to proceed *pro se* or new counsel for all purposes should that application be denied.

I am informed by Courtroom Deputy Clerk Donna Hilbert that February 4, 2026 at 3:30 pm is a convenient time for the Court.

Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:    AUSA James McMahon (By ECF and Email/PDF)