**LAW OFFICES**
# JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**

March 16, 2026

**BY ECF**

Hon. Vincent L. Briccetti
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

> **Re:   United States v. Rodriguez-Valdez**
> **Docket # 25 CR 384 (VB)**
> **United States v. Awadallah**
> **Docket # 25 CR 262 (VB)**

Dear Judge Briccetti;

Both of the above matters are scheduled for conference on March 31, 2026, at 11:00 and 12:00, respectively. In order to accommodate another court appearance in Nassau County that morning, I respectfully request that the Court hear these matters in the afternoon, beginning at 3:00.

I have conferred with AUSAs Reyhan Watson and James McMahon, both of whom consent to this time change. Ms. Hilbert confirms the Court's availability.

Thank you for your courtesy and consideration.

Respectfully yours,

*John S.Wallenstein*

JOHN S. WALLENSTEIN

cc:   AUSAs Reyhan Watson & James McMahon(by ECF)