UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

USA,

Plaintiff(s),

v.

HOSSAM AWADALLAH,

Defendant(s).
---------------------------------------------------------x

**CALENDAR NOTICE**

25 CR 262 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled for:

| | |
|---|---|
| ___ Status conference | ___ Final pretrial conference |
| ___ Telephone conference | ___ Jury selection and trial |
| ___ Pre-motion conference | ___ Bench trial |
| x__ Arraignment | ___ Suppression hearing |
| ___ Oral argument | ___ Plea hearing |
| ___ Bench ruling on motion | ___ Sentencing |

on November 10, 2026, at 12:00 p.m., in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(G) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: October 23, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge