UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA :
:
v. : **ORDER**
:
HOSSAM AWADALLAH, : 25 CR 262 (VB)
Defendant. :

---

By letter dated October 27, 2026 (Doc. #41), defense counsel, John S. Wallenstein, Esq., has informed the Court that defendant Awadallah wishes to have new counsel appointed pursuant to the Criminal Justice Act ("CJA") to replace Mr. Wallenstein. Mr. Wallenstein is defendant Awadallah's third CJA-appointed attorney.

Awadallah is, of course, free to retain an attorney to represent him in this case. But whether or not to grant Awadallah's request to replace his CJA-appointed attorney with another CJA-appointed attorney is a matter entirely within the Court's discretion. In other words, the Court is not required to grant the request simply because Awadallah would like new counsel. And given that Awadallah has already twice been granted a change of CJA counsel, the Court is extremely reluctant to grant Awadallah's latest request.

Accordingly, the request for a change of CJA counsel will be addressed at the time of Awadallah's arraignment on the superseding indictment, which is scheduled for November 10, 2026, at 12:00 p.m.

The deadline to file pretrial motions is adjourned sine die.

Mr. Wallenstein is directed to email a copy of this order to his client.

Dated: October 27, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge