UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOSSAM AWADALLAH,<br>Defendant. | **ORDER**<br><br>S1 25 CR 262 (VB) |

For the reasons discussed on the record on November 10, 2026, John S. Wallenstein, Esq., is relieved as defendant's counsel. Francis L. O'Reilly, Esq., is appointed as defendant's counsel pursuant to the Criminal Justice Act.

Dated: November 10, 2026
White Plains, NY

SO ORDERED:

[signature]

Vincent L. Briccetti
United States District Judge